IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**LARRY ALLEN LYMAN**                                                                                    **PLAINTIFF**

V.                               CASE NO. 5:24-CV-5218

**JACOB REID, Medical Intake EMS;**
**TRACEY ROBISON, Benton County Jail,**
**Health Services Administrator;**
**JOHN DOES 1-2, Sheriff's Deputies, Benton County;**
**and JOHN DOE NURSE, Turn Key Health**                                               **DEFENDANTS**

## ORDER

Now before the Court is the Report and Recommendation (Doc. 8) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen days have passed, and no party filed objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and is hereby **ADOPTED IN ITS ENTIRETY**. Accordingly, upon preservice screening, **IT IS ORDERED** that all claims against Defendants Reid and Robison are **DISMISSEED** for failure to state a claim pursuant to 28 U.S.C. § 1915A(b). By separate Order, Sheriff Shawn Holloway has been added as a Defendant for the sole purpose of identifying Deputy John Doe, Jailer John Doe, and Nurse Jane Doe. Once these individuals are identified, the Complaint will be served on them, and Sheriff Holloway will be dismissed.

**IT IS SO ORDERED** on this 30th day of December, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE